SADIE COHEN v. TILLIE WACHT and Others, as Executors, etc., of SAMUEL

WACHT, Deceased, and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.